UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | No. 3:03-CR-30 |
| V. | ) | (PHILLIPS/GUYTON) |
| | ) | |
| WILLIAM WAYNE WINSBRO | ) | |
| | ) | |

**ORDER OF DETENTION
PENDING HEARING**

The above-named defendant appeared in custody before the undersigned on July 13, 2006, for an initial appearance on a Warrant issued on an Amended Petition for Warrant for Offender Under Supervision. Assistant United States Attorney Gregory D. Weddle appeared on behalf of the government. Paula Voss, Federal Defender Services, appeared as counsel for the defendant. The government moved for detention. The defendant agreed to detention and understood he would be detained pending a revocation hearing.

Accordingly, **IT IS ORDERED:**

1. Defendant shall be detained pending his revocation hearing.

2. Defendant's revocation hearing is currently set **on July 19, 2006, at 1:30 p.m.** before the **Honorable Thomas W. Phillips**, United States District Judge, in Knoxville, Tennessee.

3. Defendant shall be held by the United States Marshal pending his revocation hearing on July 19, 2005  Defendant shall be produced at such time and place for his hearing to determine if his supervised release should be revoked.

   **ENTER:**

   s/ H. Bruce Guyton
   United States Magistrate Judge